# MINUTE ORDER

Page 3

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**     Date: 7/17/24     Time: 1:30 p.m.

Defendant: Fausto Villar     J#: 12529-506     Case #: 24-MJ-3455-ELFENBEIN
AUSA: Abbie Waxman     Attorney: Saam Zangeneh - PERM
Violation: Murder For Hire     Surr/Arrest Date: 7/16/24     YOB: 1981

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ☐ ☐     Recommended Bond: Pretrial Detention-TEMP
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
**Defendant advised of rights and charges. Defense counsel filed a permanent notice of appearance in open court.**
**Government seeks PTD.**
**Brady Order given.**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:
Report RE Counsel:
**PTD**/Bond Hearing: **7/23/24**     10:00 am     Duty     Miami
**Prelim/Arraign** or Removal: **7/31/24**     10:00 am     Duty     Miami
Status Conference RE:
D.A.R. 13:54:34; 14:06:12     Time in Court: 5 mins

s/Marty F. Elfenbein     Magistrate Judge