UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-3455-MFE

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                    NOTICE OF PERMANENT
                                      APPEARANCE AS COUNSEL
                                      OF RECORD

Fausto Villar    Defendant.

        COMES NOW    Saam Zangench    , and files this
appearance as counsel for the above named defendant(s). Counsel
agrees to represent the defendant(s) for all proceedings arising
out of the transaction with which the defendant(s) is/are presently
charged in the United States District Court in and for the Southern
District of Florida.

        Counsel hereby states that this appearance is unconditional
and in conformity with the requirements of Local General Rule 16
and the Special Rules Governing the Admission and Practice of
Attorneys.

        Counsel acknowledges responsibility to advise the defendant(s)
of the right of appeal, to file a timely notice of appeal if
requested to do so by the defendant(s), and to pursue that appeal
unless relieved by Court Order.

        **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS
FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: July 17, 2024

                Attorney: Saam Zangench
                Address: 14 NE 1st Avenue  Suite 300
                City: Miami        State FL Zip Code 33132
                Telephone (305) 441-2833
                Florida Bar Number: 526721

        The undersigned defendant(s) hereby consent(s) to the
representation of the above counsel.